No. 300. Werth *v.* Fire Companies' Adjustment Bureau, Inc. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Wm. H. Werth* for petitioner. *Messrs. Alexander H. Sands* and *Dan MacDougald* for respondent.

No. 301. Tessitore *v.* United States. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Piazza* for petitioner. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 302. Seals *v.* United States. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Piazza* for petitioner. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 303. Bank of Italy National Trust & Savings Assn. *v.* Bentley et al. October 9, 1933. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Charles W. Collins* for petitioner. *Mr. Percy S. Webster* for respondents.

No. 305. Trudeau *v.* Barnes. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. W. Robinson* for petitioner. No appearance for respondent.